UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | |
|---|---|
| Pernanza Hill, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 8:06-CV-1010-GRA |
| ) | |
| vs. ) | **ORDER** |
| ) | (Written Opinion) |
| USA Truck, Inc., ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter comes before the Court on Plaintiff's Motion for Assessment of Attorney's Fees and Expenses of Litigation Against Defendant. Judgment was entered in this case on January 25, 2007. The instant motion was filed on May 10, 2007. Federal Rule of Civil Procedure 54 provides that unless attorney's fees are sought as sanctions for violations of the Federal Rules of Civil Procedure or under 28 U.S.C. §1927, such a motion must be filed within fourteen days of the entry of judgment. Plaintiff's motion is subject to this time limitation because it relies on the Court's "inherent authority" rather than a rule or statute. The motion is untimely and Plaintiff has not provided any justification for the delay.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Assessment of Attorney's Fees and Expenses of Litigation Against Defendant is DENIED.

IT IS SO ORDERED.

June 20, 2007
Anderson, South Carolina

G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE