UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | |
|---|---|
| Pernanza Hill, | ) |
| | ) |
| Plaintiff, | ) Civil Action No.: 8:06-CV-1010-GRA |
| | ) |
| vs. | ) **ORDER** |
| | ) (Written Opinion) |
| USA Truck, Inc., | ) |
| | ) |
| Defendant. | ) |
| | ) |

This matter comes before the Court on Plaintiff's Motion to Correct the Record. The Court DENIES the Motion to Correct the Record. Nothing in this Order shall prevent the parties from submitting exhibits to the Court of Appeals in accordance with its rules or orders.

Upon review of the docket sheet, the Court notes that it failed to issue a formal ruling on Plaintiff's Motion for Sanctions filed on January 18, 2007. The Court has been assured by defense counsel that the conduct complained of in the Motion for Sanctions will not be repeated. Therefore, the Court DENIES Plaintiff's Motion for Sanctions.

IT IS SO ORDERED.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

August 9, 2007

Anderson, South Carolina